# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 13CR1973-H |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| WILLIAM JACOB BOBIER (1), | |
| Defendant. | |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Information in the above entitled case against defendant William Jacob Bobier is **dismissed without prejudice**. The defendant is hereby discharged and the bond in this matter is hereby exonerated.

IT IS SO ORDERED.

DATED:  November 7, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT